IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE LAMONT CROMWELL, | ) | |
| Plaintiff, | ) | Civil Action No. 11-68 |
| | ) | |
| v. | ) | Chief District Judge Conti |
| | ) | Chief Magistrate Judge Lenihan |
| JOHN HANCOCK, JAMES MARKLEY, THE CITY OF WASHINGTON, PENNSYLVANIA, And THE CITY OF WASHINGTON'S POLICE DEPARTMENT, | ) ) ) ) ) | |
| Defendants. | ) | ECF Nos. 49, 61 |

**O R D E R**

**AND NOW,** this 12th day of February, 2014, after review of the pleadings, documents in the case and the objections, together with the Report and Recommendation, it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that dismissal of the plaintiff's state law claims is **WITHOUT PREJUDICE** to refiling the state law claims in state court.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 61) of Chief Magistrate Judge Lenihan, dated November 1, 2013, as supplemented by the accompanying memorandum opinion, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the clerk shall mark the case **CLOSED.**

BY THE COURT

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc: Andre Lamont Cromwell
Washington County Correctional Facility
100 West Cherry Avenue
Washington, PA 15301